UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESSICA NICOLE REID,

                Plaintiff,

-against-

LEONARD LARRY McKELVEY, *et al.*,

                Defendants.

22-CV-10708 (LTS)

ORDER DIRECTING PAYMENT OF FEES

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff Jessica Nicole Reid brings this action *pro se*. To proceed with a civil action in this court, a plaintiff must either pay $402.00 in fees – a $350.00 filing fee plus a $52.00 administrative fee – or, to request authorization to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

    The court received Plaintiff's complaint without the filing fees or an IFP application. By order dated December 27, 2022, the Court directed Plaintiff, within thirty days to either pay the filing fees or submit a completed and signed IFP application. Plaintiff's payment of the filing fees was received by the court's Finance Department on December 29, 2022, but Plaintiff's payment, by personal check, is not an acceptable form of payment.

    Accordingly, within thirty days of the date of this order, Plaintiff must pay the $402.00 in fees. The filing fees must be paid by certified check or money order, payable to: Clerk of Court – SDNY, and can be mailed to: Finance Department – Room 260, 500 Pearl Street, New York, NY 10007. Any certified check or money order must include Plaintiff's case number, 22-CV-10708 (LTS). Payment can also be made by major credit card or cash (if the payment is made in person). Personal checks are not accepted. The Finance Department is directed to return the $402.00 personal check to Plaintiff at the address listed on the docket.

## CONCLUSION

No summons shall issue at this time. The Court directs Plaintiff, within thirty days of the date of this order, to pay the $402.00 in fees by using one of the acceptable forms of payment noted above. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Finance Department is directed to return the $402.00 personal check to Plaintiff at the address listed on the docket.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   December 29, 2022
         New York, New York

                                   /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                                   Chief United States District Judge