```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA NICOLE REID,

                Plaintiff,

      -against-

LEONARD LARRY McKELVEY p/k/a
CHARLAMAGNE THA GOD, individually,
and IHEARTMEDIA, INC.,

                Defendants.

22-CV-10708 (VEC)

ORDER OF SERVICE

VALERIE CAPRONI, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants Leonard Larry McKelvey, professionally known as Charlamagne tha God, and iHeartMedia, Inc. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated:   February 15, 2023
            New York, New York

                                                        _____
                                                          VALERIE CAPRONI
                                                      United States District Judge