**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JESSICA NICOLE REID, :
:
          Plaintiff, :     22-CV-10708 (VEC) (OTW)
:
          -against- :     **ORDER**
:
LEONARD LARRY MCKELVEY, et al., :
:
          Defendants. :
:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

*Pro se* Plaintiff's motion for an extension of time to file an opposition to Defendants' motion to dismiss is **GRANTED**. (ECF 19). Plaintiff shall file a letter on the docket by **April 10, 2023**, on if she will proceed *pro se* or counseled. Plaintiff's opposition is due **May 10, 2023**.

The Initial Case Management Conference is **ADJOURNED** from May 3, 2023, to **May 10, 2023**, **at 11:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The proposed scheduling order is due **May 3, 2023**.

The Clerk of Court is respectfully directed to serve a copy of this order on *pro se* Plaintiff.

**SO ORDERED.**

                                                                *s/ Ona T. Wang*
Dated: March 9, 2023                                   **Ona T. Wang**
       New York, New York                  United States Magistrate Judge