**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
JESSICA NICOLE REID,

            Plaintiff,

            -against-

LEONARD LARRY MCKELVEY, et al.,

            Defendants.

-------------------------------------------------------------x

22-CV-10708 (VEC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of *pro se* Plaintiff's letter filed on May 1, 2023. (ECF 26). Defendants are directed to meet and confer with Plaintiff and file a **joint letter by May 5, 2023**, on if the parties agree to an adjournment or agree to convert the Initial Case Management Conference to a telephonic proceeding. The parties should be prepared to discuss at the conference the possibility of mediation.

Plaintiff's request for an extension of time to file an Opposition to Defendants' motion to dismiss is **GRANTED**. The deadline is extended from May 10, 2023 (ECF 20) to **June 12, 2023.**

The Clerk of Court is respectfully directed to serve a copy of this order on *pro se* Plaintiff.

**SO ORDERED.**

                                                      *s/ Ona T. Wang*

Dated: May 3, 2023                              **Ona T. Wang**
       New York, New York              United States Magistrate Judge