UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JESSICA NICOLE REID,

                Plaintiff,

                -against-

LEONARD LARRY MCKELVEY, et al.,

                Defendants.
-------------------------------------------------------------x

22-CV-10708 (VEC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of the parties' joint letter reporting agreement to conduct the May 10, 2023, conference telephonically. (ECF 28). The Initial Case Management Conference scheduled for **May 10, 2023, at 11:00 a.m.**, is converted to a telephonic conference. The dial in information is (866) 390-1828, access code 1582687.

The Clerk of Court is respectfully directed to serve a copy of this order on *pro se* Plaintiff.

**SO ORDERED.**

Dated: May 5, 2023
New York, New York

                                  *s/ Ona T. Wang*
                                  **Ona T. Wang**
                                  United States Magistrate Judge