```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JESSICA NICOLE REID,                             :
                                                 :
                        Plaintiff,               :     22-CV-10708 (VEC) (OTW)
                                                 :
            -against-                            :     ORDER
                                                 :
LEONARD LARRY MCKELVEY, et al.,                  :
                                                 :
                        Defendants.              :
                                                 :
                                                 :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference on May 10, 2023. As discussed at the conference, Defendants' motion to stay is due **May 19, 2023**. *Pro se* Plaintiff's opposition to the motion to stay is due **June 30, 2023**.

Plaintiff is reminded of the forms available on the Southern District of New York's website, including the "Application for the Court to Request Pro Bono Counsel." https://www.nysd.uscourts.gov/forms.

Plaintiff may also consider contacting the New York Legal Assistance Group's (NYLAG) Clinic for Pro Se Litigants in the Southern District of New York, which is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in civil lawsuits in this court. The clinic is run by a private organization; it is not part of, or run by, the Court. It cannot accept filings on behalf of the Court, which must still be made by any pro se party through the Pro Se Intake Unit). To receive limited-scope assistance from the clinic, parties may complete the clinic's intake form on their computer or phone at: https://tinyurl.com/NYLAG-ProSe-OI . If parties have questions regarding the form or they are unable to complete it, they

may leave a voicemail at (212) 659-5190. The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed.

The Clerk of Court is respectfully directed to serve a copy of this order on *pro se* Plaintiff.

**SO ORDERED.**

Dated: May 10, 2023
      New York, New York

<u>*s/ Ona T. Wang*</u>
**Ona T. Wang**
United States Magistrate Judge