**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JESSICA NICOLE REID,       :
      :
     Plaintiff,       :     22-CV-10708 (JGLC) (OTW)
      :
     -against-       :     <u>**ORDER**</u>
      :
LEONARD LARRY MCKELVEY, et al.,       :
      :
     Defendants.       :
      :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 63. Defendants shall file their motion to dismiss Plaintiff's Amended Complaint (ECF 62) **on or before Friday, October 6, 2023**. Plaintiff shall file her response on or before **Friday, October 27, 2023**. Defendants shall file their reply **on or before Friday, November 3, 2023.**

Because Plaintiff has filed an amended complaint and Defendants intend to file a new motion to dismiss, ECF Nos. 14, 39, and 53 are **DENIED AS MOOT**.

The Clerk of Court is respectfully directed to close ECF Nos. 14, 39, and 53.

     **SO ORDERED.**

                                                                                      *s/ Ona T. Wang*

Dated: September 18, 2023                                        **Ona T. Wang**
       New York, New York                               United States Magistrate Judge