**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JESSICA NICOLE REID,

               Plaintiff,                      22 **CIVIL** 10708 (JGLC)(OTW)

       -against-                        **JUDGMENT**

LEONARD LARRY MCKELVEY, et al.,

               Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated September 30, 2024, the S&S R&Rs are adopted in

their entirety and S&S's motion to dismiss is GRANTED. The Media R&R is ADOPTED in part and

DENIED in part. The Media Defendants' motion to dismiss is GRANTED without leave to amend;

accordingly, the case is closed.

**Dated:**  New York, New York
        September 30, 2024

                             **DANIEL ORTIZ**
                        _____
                         **Acting Clerk of Court**

        **BY:**            K. Mango

                         _____
                            **Deputy Clerk**